*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* PRICE/GRIGGS-PRICE/HICKS-PRICE, Minors.

UNPUBLISHED
September 10, 2025
12:00 PM

No. 371923
Wayne Circuit Court
Family Division
LC Nos. 2003-415987-NA;
2023-001170-NA;
2023-001213-NA;
2023-001867-NA

Before: ACKERMAN, P.J., and M. J. KELLY and O'BRIEN, JJ.

O'BRIEN, J. (*concurring*).

I concur in the result only.

/s/ Colleen A. O'Brien

-1-